IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-2270-EWN-OES

JO ANNE GARBE,

Plaintiff,

v.

MORRIS ANIMAL FOUNDATION;
MOUNTAIN GORILLA VETERINARY PROJECT,

Defendants.

## ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE

THIS MATTER, having come before the Court on Plaintiff Jo Anne Garbe, and Defendants Morris Animal Foundation; Mountain Gorilla Veterinary Project's Stipulation of Dismissal With Prejudice, and being fully informed in the premises, the Court

HEREBY ORDERS that Plaintiff Jo Anne Garbe's claims against Defendants Morris Animal Foundation; Mountain Gorilla Veterinary Project shall be and are DISMISSED WITH PREJUDICE, each party to pay her or its own costs and attorneys' fees.

DATED: September 6, 2005

                BY THE COURT:

                s/Edward W. Nottingham
                District Court Judge